FILED: May 27, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1559

(8:09-cv-00961-RWT)

_____

ST. PAUL MERCURY INSURANCE COMPANY

  Plaintiff - Appellee

v.

AMERICAN BANK HOLDINGS, INC.

  Defendant - Appellant

and

AMIEL CUETO

  Defendant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:09-cv-00961-RWT |
| Date notice of appeal filed in originating court: | 05/21/2015 |
| Appellant (s) | American Bank Holdings, Inc. |
| Appellate Case Number | 15-1559 |
| Case Manager | Sharon A. Wiley<br>804-916-2704 |