FILED: June 4, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1559

(8:09-cv-00961-RWT)

_____

ST. PAUL MERCURY INSURANCE COMPANY

    Plaintiff - Appellee

v.

AMERICAN BANK HOLDINGS, INC.

    Defendant - Appellant

and

AMIEL CUETO

    Defendant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 08/05/2015

Opening brief due: 08/05/2015

Response brief due: 09/09/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk