UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 5, 2015

_____

RESPONSE REQUESTED

_____

No.   15-1559,   St. Paul Mercury Insurance Co. v. American Bank Holdings, Inc.
                 8:09-cv-00961-RWT

TO:   Thomas James Judge
      Brent Heber Olson

RESPONSE DUE: 08/20/2015

Response is required to the motion to certify questions of law to the Court of Appeals of Maryland. Response(s) must be filed by the response due date shown in this notice.

Sharon A. Wiley, Deputy Clerk
804-916-2704