FILED: August 21, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1559

(8:09-cv-00961-RWT)

_____

ST. PAUL MERCURY INSURANCE COMPANY

      Plaintiff - Appellee

v.

AMERICAN BANK HOLDINGS, INC.

      Defendant - Appellant

and

AMIEL CUETO

      Defendant

------------------------------

UNITED POLICYHOLDERS

      Amicus Supporting Appellant

_____

O R D E R

_____

The courts grants the consent motion for extension and extends the time for

filing a response to the motion to certify question of law to the Court of Appeals of Maryland to October 9, 2015.

                                              For the Court--By Direction

                                              <u>/s/ Patricia S. Connor, Clerk</u>

Appeal: 15-1559   Doc: 43   Filed: 08/21/2015   Pg: 2 of 2