# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

[www.ca4.uscourts.gov](www.ca4.uscourts.gov)

October 23, 2015

_____

NOTICE OF TENTATIVE CALENDAR ASSIGNMENT
AND COPY REQUIREMENTS

_____

No.     15-1559,          St. Paul Mercury Insurance Co v. American Bank Holdings, Inc.
                          8:09-cv-00961-RWT

**ARGUMENT SESSION:** 1/26/16 - 1/28/16

**NOTICE OF MOTIONS OR CONFLICT DUE BY:**  11/02/2015

This case has been tentatively calendared for oral argument during the above-referenced argument session. Any motion that would affect the scheduling of argument for that session, including motions to continue, submit on the briefs, or voluntarily dismiss, must be filed by the due date shown and state whether opposing counsel consents to the requested relief. Any scheduling conflict with any dates during the argument session must be filed by the due date shown using the entry [Notice re: conflict with proposed argument dates](#). (Do not file the form if you have no conflicts.) You will be notified either that your case has been scheduled for a date certain during the session or continued to the next available session. After a case has been scheduled for argument, any motion that would affect the argument date must show good cause for the requested relief and that the relief could not have been requested within the period set for notice of conflicts. The identity of the panel hearing a case is not disclosed until the morning of argument.

**ADDITIONAL COPIES OF BRIEFS & APPENDICES MUST BE FILED WITHIN 7 DAYS OF THIS NOTICE (if fewer than 4 copies were previously filed with the court)**

Four paper copies of all briefs and appendices (including sealed and supplemental briefs and appendices, amicus briefs, addenda, and attachments) are required in any case tentatively calendared for oral argument. Counsel who previously filed one paper copy of a brief or appendix must file three additional paper copies within 7 days of this notice of tentative calendar assignment. (An ECF entry is not required for the additional paper copies.) For any new briefs and appendices, counsel must file four paper copies rather than one. For questions regarding additional copies, please call 804-916-2707.

Joseph L. Coleman, Jr.
Calendar Clerk
804-916-2714